UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SHELLIE HATCH, JR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-344 |
| § | |
| FAYETTE CO JAIL, *et al*, § | |
| § | |
| Defendants. § | |

## **OPINION AND ORDER OF TRANSFER**

This is a civil rights action filed by a county jail prisoner. Plaintiff Shellie Hatch is incarcerated at the Fayette County Jail, and complains that the Jail and named staff are violating the United States Constitution by providing inadequate medical care and inadequate access to the law library and the materials in it (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

Plaintiff is located in Fayette County, and the events complained about occurred there. Fayette County and its jail are located in the Houston Division of the Southern

District of Texas. 28 U.S.C. § 124(b)(2). Plaintiff's lawsuit has no connection to the Corpus Christi Division. The interests of justice would be served by a transfer to the Houston Division.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Southern District of Texas, Houston Division. All pending motions are denied as moot, subject to being reactivated after transfer.

SIGNED and ENTERED on 8/19/14.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE